IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLAXOSMITHKLINE LLC,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION NO. 19-5321** |
| **BOEHRINGER INGELHEIM** | : | |
| **PHARMACEUTICALS, INC.,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 3rd day of September 2020, upon consideration of Plaintiff's Amended Motion for Preliminary Injunction [Doc. No. 36], the responses thereto, and all related filings, after a hearing held on March 10, 2020, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Amended Motion is **GRANTED in part** and **DENIED in part** as follows:

1) BI shall **CEASE AND DESIST** from conveying in promotional, training, and/or educational materials the following messages or creating the false or misleading impression that the following messages are true (the "Prohibited Claims"):

   a. Peak inspiratory flow (PIF) has any effect upon the efficacy of drugs used to treat Chronic Obstructive Pulmonary Disease (COPD);

   b. The deposition of a therapeutic or adequate dose of medication in the lungs is dependent upon the peak inspiratory flow rate (PIFR) of the patient;

   c. A meaningful number of patients are unable to activate dry powder inhalers (DPIs); and

   d. DPIs are "suboptimal inhalers."

2) Given their use of the Prohibited Claims, BI shall **CEASE AND DESIST** using the Current Visual Aid and the Respiratory Learning System training document.

3) BI shall prominently display – in a font no smaller than the majority of the type, on the pertinent page – the following disclaimer on all promotional materials for COPD medications that reference PIF: "A relationship between PIF and the efficacy of COPD medications has not been established."

4) BI shall promptly re-train all of its sales representatives to ensure that they no longer make any of the Prohibited Claims.

5) In all other respects, GSK's Amended Motion is **DENIED**.

6) Bond is set at $5,000,000.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**