# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2926

GlaxoSmithKline LLC v. Boehringer Ingelheim Pharm

(U.S. District Court No.: 2-19-cv-05321)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    November 25, 2020
SLC/cc:   Ms. Kate Barkman,
Lisa S. Blatt, Esq.
Evan R. Chesler, Esq.
Jane Y. Chong,
Kyle E. Gray, Esq.
Christopher R. Hall, Esq.
Stephen J. Kastenberg, Esq.
Paul Lantieri III, Esq.
Vanessa Lavely, Esq.
Charles McCloud, Esq.
Emelia L. McKee Vassallo, Esq.
Burt M. Rublin, Esq.
Matthew I. Vahey, Esq.
Daniel H. Weiner, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate